FILED

NOV 1 9 2019

Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:19CR 302 |
| | § | Judge JORDAN/JOHNSON |
| RICHARD JOHN KING | § | |

## INFORMATION

The United States Attorney Charges:

## COUNT ONE

Violation:18 U.S.C. § 922(a)(1)(A)
(Engaging in the Business
Without a License (Firearms))

From on or about the 7th day of June, 2019 and continuing up to and including on or about the 18th day of July, 2019, in the Eastern District of Texas, the defendant, RICHARD JOHN KING, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Criminal Forfeiture Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

As a result of committing the felony offense in violation of 18 U.S.C. § 922(a)(1)(A) alleged in Count One of this information, defendant, RICHARD JOHN KING, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), and 28 U.S.C §

2461(c), **all** firearms and ammunition involved in the offense, including but not limited to

the following:

1. Aero Precision, model X15, caliber Multi, serial number: X200725;
2. Aero Precision, model X15, caliber Multi, serial number: X200741;
3. Aero Precision, model X15, caliber Multi, serial number: X232607;
4. Aero Precision, Model X15, Multi Cal, serial number: X232603;
5. Aero Precision, Model X15, Multi Cal, serial number: X232608;
6. Aero Precision, Model X15, Multi Cal, serial number: X232601;
7. D.P.M.S., Model A-15, Multi Cal. serial number: FFH223558;
8. Anderson pistol, model AM-15, caliber Multi, serial number: 19125446;
9. Anderson pistol, model AM-15, caliber Multi, serial number: 19125901;
10. Anderson pistol, model AM-15, caliber Multi, serial number: 19125900;
11. Anderson pistol, model AM-15, caliber Multi, serial number: 19125440;
12. Anderson pistol, model AM-15, caliber Multi, serial number: 19125905;
13. Aero pistol, model X15, caliber Multi, serial number: X225639;
14. Aero pistol, model X15, caliber Multi, with serial number: X225641;
15. Aero pistol, model X15, caliber Multi, with serial number: X225637;
16. HS Produkt pistol, model XDS, caliber .45, serial number: XS550554;
17. Any ammunition related to the case.

Respectfully Submitted,

JOSEPH D. BROWN
UNITED STATES ATTORNEY

MATTHEW T. JOHNSON
Assistant United States Attorney

Date: 11/14/19

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA     §
                                     §
v.                                     §     No. 4:19CR 302
                                     §     Judge
RICHARD JOHN KING           §

## NOTICE OF PENALTY

### Count One

Violation:           18 U.S.C. § 922(a)(1)(A)

Penalty:            Imprisonment of not more than five years, a fine not to exceed $250,000, or both; a term of supervised release of not more than three years.

Special Assessment: $ 100.00