**FILED**

NOV 1 9 2019

Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:19-CR-302 |
| | § | Judge JORDAN/JOHNSON |
| RICHARD JOHN KING | § | |

## ELEMENTS OF THE OFFENSE

You are charged in Count One of the information with violations of 18 U.S.C. § 922(a)(1)(A), Engaging in the Business Without a License (Firearms).   The essential elements which must be proved beyond a reasonable doubt in order to establish a violation of that section are:

1. The defendant was not licensed to deal firearms

2. The defendant willfully engaged in the business of dealing firearms.

Respectfully submitted,

Joseph D. Brown
United States Attorney
Eastern District of Texas

Matthew T. Johnson
Assistant United States Attorney
600 East Taylor Street, Suite 2000
Sherman, Texas 75090
Texas Bar No. 24060033
(903) 868-9454
(903) 892-2792 (fax)
Matthew.Johnson2@usdoj.gov

Elements of Offense - Page 1

## CERTIFICATE OF SERVICE

I certify that I filed a true and correct copy of this document through the district court's Case Management/Electronic Case File ("CM/ECF") system on 15th November, 2019.   All case participants should have received notice of the filing through the CM/ECF system.

MATTHEW T. JOHNSON

Elements of Offense - Page 2